# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: GARMAN, RAYMOND F., III          § Case No. 05-37483-BIF
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GARY F. SEITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $43,531.63 | Assets Exempt: $8,931.63 |
| Total Distribution to Claimants: $5,302,527.07 | Claims Discharged Without Payment: $10,691,347.42 |
| Total Expenses of Administration: $1,715,146.37 | |

3) Total gross receipts of $ 7,017,673.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $7,017,673.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $22,502.14 | $22,502.14 | $22,502.14 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,720,502.98 | 1,715,146.37 | 1,715,146.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 24,468,738.47 | 5,047,392.15 | 5,047,392.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,771,221.88 | 19,315,863.11 | 10,923,980.20 | 232,632.78 |
| **TOTAL DISBURSEMENTS** | $16,771,221.88 | $45,527,606.70 | $17,709,020.86 | $7,017,673.44 |

    4) This case was originally filed under Chapter 7 on October 14, 2005.
. The case was pending for 56 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/23/2010                 By: /s/GARY F. SEITZ
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| E TRade Investment Account | 1229-000 | 2,294.31 |
| CONTINGENT UNLIQUIDATED CLAIM-U-Deans Waverly | 1241-000 | 6,968,750.43 |
| AUTOMOBILES AND OTHER VEHICLES-U | 1129-000 | 25,327.76 |
| CONTINGENT UNLIQUIDATED CLAIM-U-HKSB | 1141-000 | 3,750.00 |
| Interest Income | 1270-000 | 17,550.94 |
| **TOTAL GROSS RECEIPTS** | | **$7,017,673.44** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America (Asia) Ltd. | 4210-000 | N/A | 22,502.14 | 22,502.14 | 22,502.14 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $22,502.14 | $22,502.14 | $22,502.14 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY F. SEITZ | 2100-000 | N/A | 175,000.00 | 175,000.00 | 175,000.00 |
| GARY F. SEITZ | 2200-000 | N/A | 1,477.97 | 879.22 | 879.22 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | N/A | 500.00 | 500.00 | 500.00 |
| Miller Coffey Tate LLP | 3410-000 | N/A | 15,063.00 | 15,063.00 | 15,063.00 |
| Miller Coffey Tate LLP | 3420-000 | N/A | 1.98 | 1.98 | 1.98 |
| US Department of Treasury | 2810-000 | N/A | 1,010,484.00 | 1,010,484.00 | 1,010,484.00 |
| FOX ROTHSCHILD LLP | 3210-000 | N/A | 500,000.00 | 500,000.00 | 500,000.00 |
| GRAEBIL/EASTERN | 2410-000 | N/A | 9,757.86 | 5,000.00 | 5,000.00 |
| YorkvilleVan and Storage Company | 2410-000 | N/A | 2,190.00 | 2,190.00 | 2,190.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 2.54 | 2.54 | 2.54 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 17,435.00 | 17,435.00 | 17,435.00 |
| GARY F. SEITZ | 2200-000 | N/A | 122.48 | 122.48 | 122.48 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1,405.15 | 1,405.15 | 1,405.15 |
| CLERK, US BANKRUPTCY COURT, ED PA | 2990-000 | N/A | 9.00 | 9.00 | 9.00 |
| Global Surety, LLC-Operating Acct. | 2300-000 | N/A | -12,955.00 | -12,955.00 | -12,955.00 |
| CLERK OF US BANKRUPTCY COURT | 2990-000 | N/A | 9.00 | 9.00 | 9.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,720,502.98 | 1,715,146.37 | 1,715,146.37 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pennsylvania Department of Revenue | 5800-000 | N/A | 416.30 | 656.44 | 656.44 |
| Department of Treasury | 5800-000 | N/A | 15,363.64 | 15,363.64 | 15,363.64 |
| Scott Orloff, Esquire o/b/o Mia Mayer | 5700-000 | N/A | 7,500,000.00 | 31,372.07 | 31,372.07 |
| Carrie L. Kresge | 5700-000 | N/A | 27,958.53 | 0.00 | 0.00 |
| Waverly Deans | 5600-000 | N/A | 1,125,000.00 | 1,125,000.00 | 1,125,000.00 |
| Scott Orloff, Esquire o/b/o Mia Mayer | 5600-000 | N/A | 15,800,000.00 | 3,875,000.00 | 3,875,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 24,468,738.47 | 5,047,392.15 | 5,047,392.15 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pennsylvania Department of Revenue | 7100-000 | N/A | 4,162.98 | 3,506.54 | 45.65 |
| Pennsylvania Department of Revenue | 7100-000 | N/A | 416.30 | 416.30 | 416.30 |
| Department of Treasury | 7100-000 | N/A | 24,269.76 | 21,842.78 | 284.30 |
| Department of Treasury | 7100-000 | N/A | 2,426.76 | 2,426.76 | 2,426.76 |
| Weir & Partners LLP | 7100-000 | N/A | 887,995.09 | 799,195.60 | 10,402.07 |
| Weir & Partners LLP | 7100-000 | N/A | 88,799.50 | 88,799.50 | 88,799.50 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Scott Orloff, Esquire o/b/o Mia Mayer | 7100-000 | N/A | 15,800,000.00 | 7,500,000.00 | 97,617.58 |
| Waverly Deans | 7100-000 | N/A | 2,500,000.00 | 2,500,000.00 | 32,539.19 |
| Graebel Eastern Movers, Inc. | 7100-000 | N/A | 7,792.72 | 7,792.72 | 101.43 |
| Klehr Harrison Harvey Branzburg & Ellers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| Inland Revenue Department | 7100-000 | 28,328.75 | N/A | N/A | 0.00 |
| Graebel International Movers, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Dr. & Ms. Ray Garman | 7100-000 | 90,000.00 | N/A | N/A | 0.00 |
| Dr. & Ms. Ray Garman | 7100-000 | 120,000.00 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| Mia M. Garman | 7100-000 | 15,500,000.00 | N/A | N/A | 0.00 |
| La Costa | 7100-000 | 1,740.00 | N/A | N/A | 0.00 |
| Waverly Deans | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| Weir & Partners LLP | 7100-000 | 887,995.09 | N/A | N/A | 0.00 |
| Water Supplies Department | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| Sacks Weston Smolinsky Pearson & Albert | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| Nathanel Sachs c/o Daniel J. Clifford, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Ocwen Federal Bank FSB | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| Montgomery McCracken Walker & Rhoads, LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Commerce Bank | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| Commonwealth of PA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Cairns & Haak | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bank of East Asia, Limited | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| Bank of East Asia | 7100-000 | 13,375.00 | N/A | N/A | 0.00 |
| Adolph Fellmeth | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| Bank of America (Asia) Ltd. | 7100-000 | 5,683.04 | N/A | N/A | 0.00 |
| City of Philadelphia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 16,771,221.88 | 19,315,863.11 | 10,923,980.20 | 232,632.78 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-37483-BIF  
**Case Name:** GARMAN, RAYMOND F., III  

**Trustee:** (280110) GARY F. SEITZ  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 12/01/05  
**Claims Bar Date:** 04/24/06  

**Period Ending:** 05/23/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  BANK ACCOUNTS    Bank of East Asia    Master Account 514-33-00740-9 | 6,490.63 | 0.00 | DA | 0.00 | FA |
| 2  BANK ACCOUNTS    Citibank    Checking Account | 1,128.50 | 0.00 | DA | 0.00 | FA |
| 3  BANK ACCOUNTS    HSBC Master Account 041-314196-833 | 1,312.50 | 0.00 | DA | 0.00 | FA |
| 4  BANK ACCOUNTS    Citibank Checking Acount | 0.00 | 0.00 | DA | 0.00 | FA |
| 5  BANK ACCOUNTS    E-Trade Checking Account | 200.00 | 200.00 | DA | 0.00 | FA |
| 6  BANK ACCOUNTS    Barclays Bank Account | 200.00 | 200.00 | DA | 0.00 | FA |
| 7  WEARING APPAREL    Various items of used clothing | 200.00 | 200.00 | DA | 0.00 | FA |
| 8  STOCK AND BUSINESS INTERESTS    ETrade Trading Account (Holdings of Yahoo, Inc. and Cardinal Institute, Inc. stock) | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 9  STOCK AND BUSINESS INTERESTS    Seitzross, International, BVR, Ltd. (10% minority interest) | Unknown | 50,000.00 | DA | 0.00 | FA |
| 10  OTHER PERSONAL PROPERTY NOT LISTED ABOVE-U- (u)    Income payable from Garman Hill & Company, Ltd. | 30,000.00 | 30,000.00 | DA | 0.00 | FA |
| 11  OTHER PERSONAL PROPERTY NOT LISTED ABOVE-U- (u) | 0.00 | 140.00 | DA | 0.00 | FA |
| 12  E TRade Investment Account (u) | 0.00 | 2,294.31 | | 2,294.31 | FA |
| 13  CONTINGENT UNLIQUIDATED CLAIM-U-Deans Waverly (u)    Proceeds of PMA liquidation in hands of Waverly Deans less tax obligation due upon liquidation and less contingency fee required for recovery.  Adversary | 7,400,000.00 | 3,400,000.00 | | 6,968,750.43 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-37483-BIF  
**Case Name:** GARMAN, RAYMOND F., III  

**Trustee:** (280110) GARY F. SEITZ  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 12/01/05  

**Period Ending:** 05/23/10  
**Claims Bar Date:** 04/24/06  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 06-00608. | | | | | |
| 14 | AUTOMOBILES AND OTHER VEHICLES-U | 0.00 | 2,825.62 | | 25,327.76 | FA |
| 15 | CONTINGENT UNLIQUIDATED CLAIM-U-HKSB 07-00355-bif  The Hong Kong and Shanghai Banking Corporation | 46,485.23 | 26,485.23 | | 3,750.00 | FA |
| 16 | HOUSEHOLD GOODS AND FURNISHINGS FROM HK  A shipment of forty five (45) boxes received from Hong Kong containing personal property of the Debtor: research books, documents, empty road cases, various mementos and other personal household objects. Abandoned per ct order dtd 10/18/07 | 0.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 17,550.94 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $7,490,016.86 | $3,516,345.16 | | $7,017,673.44 | $0.00 |

**Major Activities Affecting Case Closing:**

   Final audit approved 11/04/2009. Work ing on TDR (adding creditors from schedules).  Zero bank statement received. 120 days = Thursday, March 4, 2010.

   Final audit approved 11/04/2009. Work ing on TDR (adding creditors from schedules).  Zero bank statement received. 120 days = Thursday, March 4, 2010.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2007     **Current Projected Date Of Final Report (TFR):**     November 4, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-37483-BIF | | Trustee: | GARY F. SEITZ (280110) |
|---|---|---|---|---|
| Case Name: | GARMAN, RAYMOND F., III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-19 - Time Deposit Account |
| Taxpayer ID #: | **-***1723 | | Blanket Bond: | $12,590,453.00  (per case limit) |
| Period Ending: | 05/23/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/07 | | FUNDING ACCOUNT: ********2065 | Transfer from MMA | 9999-000 | 1,300,000.00 | | 1,300,000.00 |
| 08/20/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 4,252.70 | | 1,304,252.70 |
| 11/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 4,266.61 | | 1,308,519.31 |
| 11/26/07 | | To Account #********2065 | CLOSE TDA | 9999-000 | | 1,308,519.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,308,519.31 | 1,308,519.31 | $0.00 |
| | | | Less: Bank Transfers | | 1,300,000.00 | 1,308,519.31 | |
| | | | Subtotal | | 8,519.31 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,519.31 | $0.00 | |

{} Asset reference(s)    Printed: 05/23/2010 12:05 PM    V.12.06

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-37483-BIF | | Trustee: | GARY F. SEITZ (280110) |
|---|---|---|---|---|
| Case Name: | GARMAN, RAYMOND F., III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | **-***1723 | | Blanket Bond: | $12,590,453.00   (per case limit) |
| Period Ending: | 05/23/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/06 | | Bank of America (Asia) Ltd. | Proceeds from sale of cars | | 2,825.62 | | 2,825.62 |
| | {14} | | sale of two cars subject    25,327.76<br>to BoA Asia Liens | 1129-000 | | | 2,825.62 |
| | | Bank of America (Asia) Ltd. | Porsche pay-off per sale     -8,909.22<br>motion | 4210-000 | | | 2,825.62 |
| | | Bank of America (Asia) Ltd. | Toyota Harrier pay-off        -13,592.92<br>per sale motion | 4210-000 | | | 2,825.62 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.36 | | 2,826.98 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.85 | | 2,828.83 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.79 | | 2,830.62 |
| 01/08/07 | {11} | International Health Insurance danmark a/s | Reimbursement of Health Insurance | 1229-000 | 140.00 | | 2,970.62 |
| 01/09/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/09/2007 FOR CASE #05-37483, Bond # 016026390 PA ED | 2300-000 | | 2.54 | 2,968.08 |
| 01/20/07 | {11} | International Health Insurance danmark | STOP PAYMENT ISSUED | 1229-000 | -140.00 | | 2,828.08 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.90 | | 2,829.98 |
| 02/15/07 | {12} | E*Trade Financial Clearing LLC | Closing of account - investment account | 1229-000 | 2,294.31 | | 5,124.29 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.77 | | 5,126.06 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.73 | | 5,128.79 |
| 04/10/07 | {13} | Jefferson Bank | Wire transfer receipt of settlement funds per confirmation authzd by OUST | 1241-000 | 6,968,750.43 | | 6,973,879.22 |
| 04/11/07 | 1002 | Waverly Deans | Wire transfer payment of claim settled per court order approving settlement dtd 3/27/07 | 5600-000 | | ! 1,125,000.00 | 5,848,879.22 |
| 04/11/07 | 1003 | Mia Mayer | Wire transfer payment of claim settled per court order approving settlement dtd 3/27/07 | 5600-000 | | ! 3,875,000.00 | 1,973,879.22 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1200% | 1270-000 | 993.01 | | 1,974,872.23 |
| 05/18/07 | | ACCOUNT FUNDED: ********2019 | Transfer from MMA | 9999-000 | | 1,300,000.00 | 674,872.23 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1200% | 1270-000 | 1,439.53 | | 676,311.76 |
| 06/12/07 | 1004 | INTERNATIONAL SURETIES LTD | BOND PREMIUM FOR BOND 016034867 | 2300-000 | | 17,435.00 | 658,876.76 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1200% | 1270-000 | 596.37 | | 659,473.13 |
| 07/17/07 | 1005 | FOX ROTHSCHILD LLP | Compensation for counsel per ct order dtd 07/16/2007 DI 98 | 3210-000 | | 500,000.00 | 159,473.13 |
| 07/17/07 | 1006 | GARY F. SEITZ | Interim Per Court Order dtd 7/16/2007 | | | 90,237.48 | 69,235.65 |
| | | | PER CT ORDER DTD        90,115.00<br>7/16/2007 | 2100-000 | | | 69,235.65 |
| | | | INTERIM PER CT             122.48 | 2200-000 | | | 69,235.65 |

Subtotals :                    $6,976,910.67        $6,907,675.02

{} Asset reference(s)          !-Not printed or not transmitted                    Printed: 05/23/2010 12:05 PM    V.12.06

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-37483-BIF | | Trustee: | GARY F. SEITZ (280110) |
|---|---|---|---|---|
| Case Name: | GARMAN, RAYMOND F., III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | **-***1723 | | Blanket Bond: | $12,590,453.00  (per case limit) |
| Period Ending: | 05/23/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ORDER DTD 7/16/2007 | | | | |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1200% | 1270-000 | 393.92 | | 69,629.57 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 66.58 | | 69,696.15 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 70.03 | | 69,766.18 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 82.62 | | 69,848.80 |
| 11/26/07 | | From Account #********2019 | CLOSE TDA | 9999-000 | 1,308,519.31 | | 1,378,368.11 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1200% | 1270-000 | 229.96 | | 1,378,598.07 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1200% | 1270-000 | 1,311.15 | | 1,379,909.22 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1,264.75 | | 1,381,173.97 |
| 02/01/08 | 1007 | GRAEBIL/EASTERN | Storage per ct order dtd 11/15/07 | 2410-000 | | 5,000.00 | 1,376,173.97 |
| 02/14/08 | 1008 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-37483, Bond # 016026390 | 2300-000 | | 1,405.15 | 1,374,768.82 |
| 02/27/08 | 1009 | US Department of Treasury | PAYMENT OF POST PETITION TAXES DUE PER TAX RETURN | 2810-000 | | 1,010,484.00 | 364,284.82 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 676.82 | | 364,961.64 |
| 03/07/08 | {15} | HSBC | AVOIDANCE ACTION PROCEEDS (Preference/fradulent transfer) 07-00355-bif | 1141-000 | 3,750.00 | | 368,711.64 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 216.32 | | 368,927.96 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 121.19 | | 369,049.15 |
| 05/20/08 | 1010 | YorkvilleVan and Storage Company | SECURE, STORAGE AND MOVING EXPENSE | 2410-000 | | 2,190.00 | 366,859.15 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 138.30 | | 366,997.45 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 155.75 | | 367,153.20 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 155.81 | | 367,309.01 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 145.82 | | 367,454.83 |
| 09/05/08 | 1011 | CLERK, US BANKRUPTCY COURT, ED PA | Certified copy of claims register for TFR | 2990-000 | | 9.00 | 367,445.83 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 160.97 | | 367,606.80 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 144.92 | | 367,751.72 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 99.65 | | 367,851.37 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 76.98 | | 367,928.35 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 45.25 | | 367,973.60 |
| 02/24/09 | | Global Surety, LLC-Operating Acct. | Reimbursement for bond | 2300-000 | | -12,955.00 | 380,928.60 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 42.34 | | 380,970.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 49.98 | | 381,020.92 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 46.86 | | 381,067.78 |

Subtotals :  $1,317,965.28   $1,006,133.15

{} Asset reference(s)

Printed: 05/23/2010 12:05 PM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-37483-BIF | | Trustee: | GARY F. SEITZ (280110) |
|---|---|---|---|---|
| Case Name: | GARMAN, RAYMOND F., III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | **-***1723 | | Blanket Bond: | $12,590,453.00   (per case limit) |
| Period Ending: | 05/23/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 45.30 | | 381,113.08 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 50.00 | | 381,163.08 |
| 07/27/09 | 1012 | CLERK OF US BANKRUPTCY COURT | CERTIFIED COPY OF CLAIMS REGISTER | 2990-000 | | 9.00 | 381,154.08 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 48.44 | | 381,202.52 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 48.45 | | 381,250.97 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 46.89 | | 381,297.86 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 46.89 | | 381,344.75 |
| 11/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 9.38 | | 381,354.13 |
| 11/06/09 | | To Account #********2066 | Transfer for Distribution | 9999-000 | | 381,354.13 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,295,171.30 | 8,295,171.30 | $0.00 |
| | | | Less: Bank Transfers | | 1,308,519.31 | 1,681,354.13 | |
| | | | Subtotal | | 6,986,651.99 | 6,613,817.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,986,651.99 | $6,613,817.17 | |

{} Asset reference(s)

Printed: 05/23/2010 12:05 PM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-37483-BIF | | Trustee: | GARY F. SEITZ (280110) |
|---|---|---|---|---|
| Case Name: | GARMAN, RAYMOND F., III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-66 - Checking Account |
| Taxpayer ID #: | **-***1723 | | Blanket Bond: | $12,590,453.00 (per case limit) |
| Period Ending: | 05/23/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/06/09 | | From Account #********2065 | Transfer for Distribution | 9999-000 | 381,354.13 | | 381,354.13 |
| 11/06/09 | 101 | CLERK OF US BANKRUPTCY COURT | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 500.00 | 380,854.13 |
| 11/06/09 | 102 | Waverly Deans | Dividend paid 1.30% on $2,500,000.00; Claim# 6; Filed: $2,500,000.00; Reference: | 7100-000 | | 32,539.19 | 348,314.94 |
| 11/06/09 | 103 | Graebel Eastern Movers, Inc. | Dividend paid 1.30% on $7,792.72; Claim# 7; Filed: $7,792.72; Reference: | 7100-000 | | 101.43 | 348,213.51 |
| 11/06/09 | 104 | GARY F. SEITZ | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 85,764.22 | 262,449.29 |
| | | | Dividend paid 100.00% on $175,000.00; Claim# ; Filed: $175,000.00     84,885.00 | 2100-000 | | | 262,449.29 |
| | | | Dividend paid 100.00% on $879.22; Claim# ; Filed: $1,477.97     879.22 | 2200-000 | | | 262,449.29 |
| 11/06/09 | 105 | Department of Treasury | Combined Check for Claims#3,3A,3B | | | 18,074.70 | 244,374.59 |
| | | | Dividend paid 1.30% on $21,842.78; Claim# 3; Filed: $24,269.76     284.30 | 7100-000 | | | 244,374.59 |
| | | | Dividend paid 100.00% on $15,363.64; Claim# 3A; Filed: $15,363.64     15,363.64 | 5800-000 | | | 244,374.59 |
| | | | Dividend paid 100.00% on $2,426.76; Claim# 3B; Filed: $2,426.76     2,426.76 | 7100-000 | | | 244,374.59 |
| 11/06/09 | 106 | Miller Coffey Tate LLP | Combined Check for Claims#et_al. | | | 15,064.98 | 229,309.61 |
| | | | Dividend paid 100.00% on $15,063.00; Claim# ; Filed: $15,063.00     15,063.00 | 3410-000 | | | 229,309.61 |
| | | | Dividend paid 100.00% on $1.98; Claim# ; Filed: $1.98     1.98 | 3420-000 | | | 229,309.61 |
| 11/06/09 | 107 | Pennsylvania Department of Revenue | Combined Check for Claims#2,2A,2C | | | 1,118.39 | 228,191.22 |
| | | | Dividend paid 1.30% on $3,506.54; Claim# 2; Filed: $4,162.98     45.65 | 7100-000 | | | 228,191.22 |

Subtotals : $381,354.13   $153,162.91

{} Asset reference(s)                                    Printed: 05/23/2010 12:05 PM   V.12.06

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 05-37483-BIF | | Trustee: | GARY F. SEITZ (280110) |
|---|---|---|---|---|
| Case Name: | GARMAN, RAYMOND F., III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-66 - Checking Account |
| Taxpayer ID #: | **-***1723 | | Blanket Bond: | $12,590,453.00 (per case limit) |
| Period Ending: | 05/23/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $416.30; Claim# 2A; Filed: $416.30 | 7100-000 | | 416.30 | 228,191.22 |
| | | | Dividend paid 100.00% on $656.44; Claim# 2C; Filed: $416.30 | 5800-000 | | 656.44 | 228,191.22 |
| 11/06/09 | 108 | Scott Orloff, Esquire o/b/o Mia Mayer | Combined Check for Claims#5A,5B | | | 128,989.65 | 99,201.57 |
| | | | Dividend paid 1.30% on $7,500,000.00; Claim# 5A; Filed: $15,800,000.00 | 7100-000 | | 97,617.58 | 99,201.57 |
| | | | Dividend paid 100.00% on $31,372.07; Claim# 5B; Filed: $7,500,000.00 | 5700-000 | | 31,372.07 | 99,201.57 |
| 11/06/09 | 109 | Weir & Partners LLP | Combined Check for Claims#4,4B | | | 99,201.57 | 0.00 |
| | | | Dividend paid 1.30% on $799,195.60; Claim# 4; Filed: $887,995.09 | 7100-000 | | 10,402.07 | 0.00 |
| | | | Dividend paid 100.00% on $88,799.50; Claim# 4B; Filed: $88,799.50 | 7100-000 | | 88,799.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 381,354.13 | 381,354.13 | $0.00 |
| | | | Less: Bank Transfers | | 381,354.13 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 381,354.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $381,354.13 | |

| | |
|---:|---:|
| Net Receipts : | 6,995,171.30 |
| Plus Gross Adjustments : | 22,502.14 |
| Net Estate : | $7,017,673.44 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| TIA # ***-*****20-19 | 8,519.31 | 0.00 | 0.00 |
| MMA # ***-*****20-65 | 6,986,651.99 | 6,613,817.17 | 0.00 |
| Checking # ***-*****20-66 | 0.00 | 381,354.13 | 0.00 |
| | $6,995,171.30 | $6,995,171.30 | $0.00 |

{} Asset reference(s)    Printed: 05/23/2010 12:05 PM    V.12.06